**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 23−01458−hb

Chapter: 7

**In re:**
Midtown Market, LLC

| Entered By The Court 9/13/23 | **FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** 9/13/23 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |
|---|---|---|

The estate of the above−named debtor(s) has been fully administered. Therefore,

*Janet B. Haigler* is discharged as trustee of the estate and the Chapter 7 case of the above named−debtor(s) is closed.

**IT IS SO ORDERED.**

Helen E. Burris
Chief United States Bankruptcy Judge